Anthony W. Merrill (ASB #022598)
Robert F. Kethcart (ASB #023939)
Craig Logsdon (ASB #020223)
Creighton P. Dixon (ASB #033298)
Jonathan G. Brinson (ASB #025045)
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: 602.382.6000
E-Mail: amerrill@swlaw.com
rkethcart@swlaw.com
clogsdon@swlaw.com
cdixon@swlaw.com
jbrinson@swlaw.com
*Attorneys for Plaintiffs Discovery Land Company, LLC, Discovery Design, LLC, and Michael Meldman*

Snell & Wilmer
L.L.P.
LAW OFFICES
One East Washington Street, Suite 2700
Phoenix, Arizona 85004
602.382.6000

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Discovery Land Company, LLC, Discovery Design, LLC, and Michael Meldman,

Plaintiffs,

v.

Federal Insurance Company,

Defendant.

No. CV21-01615-PHX-MTL

**STIPULATION OF DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, including plaintiffs Discovery Land Company, Discovery Design, LLC, and Michael Meldman, and defendant Federal Insurance Company (collectively, the "Parties"), have entered into a confidential settlement agreement resolving all claims herein. As a result, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the terms of this confidential settlement agreement, the Parties hereby stipulate to the dismissal of this action with prejudice.

/ / /

/ / /

/ / /

/ / /

Snell & Wilmer
L.L.P.
LAW OFFICES
One East Washington Street, Suite 2700
Phoenix, Arizona 85004
602.382.6000

DATED this 13th day of December 2022.

SNELL & WILMER L.L.P.

By: *s/ Anthony M. Merrill*
Anthony W. Merrill
Robert F. Kethcart
Craig Logsdon
Creighton P. Dixon
Jonathan G. Brinson
One East Washington Street, Suite 2700
Phoenix, AZ 85004
*Attorneys for Plaintiffs Discovery Land Company, LLC, Discovery Design, LLC, and Michael Meldman*

CLYDE & CO US LLP

By: *s/ Sean R. Simpson (with permission)*
Amy Samberg
2801 E. Camelback Road, Suite 200
Phoenix, AZ 85016

Ralph A. Guirgis
Sean R. Simpson
2020 Main Street, Suite 1100
Irvine, CA 92614
*Attorneys for Defendant Federal Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter:

*s/Stephany Mitchell*

Snell & Wilmer
L.L.P.
LAW OFFICES
One East Washington Street, Suite 2700
Phoenix, Arizona 85004
602.382.6000