# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Discovery Land Company LLC, et al., | No. CV-21-01615-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Federal Insurance Company, | |
| Defendant. | |

**IT IS ORDERED** that the parties' Stipulation of Dismissal with Prejudice (Doc. 57) is granted.

**IT IS FURTHER ORDERED** that all pending motions are denied as moot and all hearings are vacated.

**IT IS FINALLY ORDERED** that the Clerk of Court shall dismiss this action **with prejudice**, with each party bearing their own attorneys' fees and costs.

Dated this 16th day of December, 2022.

Michael T. Liburdi
United States District Judge